**Motion Granted, in Part, and Denied, in Part, and Order filed August 18, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00645-CV
_____

## IN RE DSTJ, L.L.P., SUCCESSOR TO DSTJ CORPORATION, AND MILESTONE OPERATING, INC., Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**60th District Court**
**Jefferson County, Texas**
**Trial Court Cause No. A-172,979**

---

## ORDER

Relators DSTJ, L.L.P., successor to DSTJ Corporation, and Milestone Operating, Inc., originally filed their petition for writ of mandamus in the Beaumont Court of Appeals. Pursuant to order of the Texas Supreme Court, the case was

transferred to this court on August 17, 2016. Relators ask this court to order the Honorable Gary Sanderson, Judge of the 60th District Court, in Jefferson County, Texas, to set aside his orders dated May 20, 2014, and July 19, 2016, entered in trial court number A-172,979, styled *M & M Resources, Inc., et al. v. DSTJ, L.L.P., et al.*

Relators also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On August 17, 2016, relator asked this court to stay (1) the deposition of T. Neal Nobles, corporate representative of third-party ExxonMobil Corp., noticed for August 22, 2016; and (2) the commencement of trial on September 19, 2016, pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted, in part. We therefore **GRANT, IN PART,** relators' motion to stay and issue the following order:

We **ORDER** the deposition of T. Neal Nobles in court cause number A-172,979, *M & M Resources, Inc., et al. v. DSTJ, L.L.P., et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

Relators have not first sought from the trial court a stay of the commencement of trial on September 19, 2016, prior to requesting temporary relief from this court. Accordingly, we **DENY WITHOUT PREJUDICE** relators' request that this court stay the commencement of trial.

In addition, the court requests the real parties in interest to file a response to the petition for writ of mandamus on or before September 1, 2016. *See* Tex. R. App. P. 52.4.

PER CURIAM